# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARRISH GARVIN, | CASE NO. 1:06-CV-00668-OWW-LJO-P |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | (Doc. 1) |
| CALIFORNIA SUPERIOR COURTS, et al., | |
| Defendants. | |

On June 1, 2006, the Clerk's Office opened this civil case in error. By Order filed December 19, 2000, in <u>Parrish Garvin v. Long</u>, CV-F-00-6845 REC DLB P, Parrish Garvin was declared a vexatious litigant. Pursuant to that Order, all complaints filed by Parrish Garvin are subject to pre-filing review. A complaint submitted by Garvin will be opened as a civil action only if: (a) the complaint is accompanied by the $350.00 filing fee, in full, at the time of filing, or (b) the Court determines that plaintiff has made an evidentiary showing that he is in imminent danger of serious physical harm at the time of filing the complaint. Because this complaint does not meet the criteria set forth above, it should not have been opened as a civil action.

This action is HEREBY DISMISSED.

IT IS SO ORDERED.

Dated:   June 16, 2006                         /s/ Oliver W. Wanger
emm0d6                                          UNITED STATES DISTRICT JUDGE

1